IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**COURTNEY PAINE SNIDER**                                                              **PLAINTIFF**

**VS.**                                         **CIVIL ACTION NO.: 3:09-cv-00704-HTW-LRA**

**L-3 COMMUNICATIONS VERTEX**
**AEROSPACE, LLC**                                                                       **DEFENDANT**

WOMBLE CARLYLE'S MOTION TO RE-URGE
ITS MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND
MOTION FOR EXTENSION OF TIME TO RE-URGE ITS MOTION TO DISMISS

COMES NOW Counterclaim/Third-Party Defendant Womble Carlyle Sandridge & Rice, LLP ("Womble Carlyle) and re-urges its Opposition to L-3's Motion For Clerk's Entry of Default, and Alternatively, Motion to Set Aside Entry of Any Default, and Motion for Extension of Time to Re-urge Its Motion to Dismiss [Doc. # 208]. Since Womble Carlyle's motion [Doc. #208] was filed in advance of the Clerk's Entry of Default [Doc. #209], Womble Carlyle is hereby re-urging its motion out of an abundance of caution.

For the reasons stated in Womble Carlyle's previously filed motion [Doc. # 208], as if fully restated herein, the Clerk's Entry of Default was in error and should be set aside. Womble Carlyle also seeks an extension of time until May 29, 2013 to re-urge its motion to dismiss.

Dated:  April 30, 2014

        Respectfully submitted,

        WOMBLE CARLYLE SANDRIDGE &
        RICE, LLP

          /s/ Hugh Ruston Comley
        Michael W. Ulmer (MSB No. 5760)

Hugh Ruston Comley (MSB No. 102307)
WATKINS & EAGER PLLC
400 East Capitol Street, Suite 300
Post Office Box 650
Jackson, Mississippi 39205
Telephone: (601) 965-1900
Facsimile:  (601) 965-1901
mulmer@watkinseager.com
rcomley@watkinseager.com

## **CERTIFICATE OF SERVICE**

I, Hugh Ruston Comley, do hereby certify that I have this date filed the foregoing document with the Clerk of the Court via the CM/ECF system which sent notification of such filing to all counsel of record.

This, the 30th day of April, 2014.

      /s/ Hugh Ruston Comley
Hugh Ruston Comley